IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAS NEWS INTEL PUBLISHING, LLC,<br><br>    Defendant._____/ | No. C 09-05085 CRB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS** |

The Court is in receipt of the parties' stipulation to continue both the case management conference and the motion hearing currently on calendar for March 5, 2010 to March 12, 2010. The stipulation provides that the briefing schedule shall remain unchanged. The Court hereby VACATES the hearing currently set for March 5, 2010. However, for the Court's own scheduling purposes, the hearing shall be CONTINUED to March 19, 2010, and not March 12, 2010.

**IT IS SO ORDERED.**

Dated: February 16, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE