| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION,

    Plaintiff,

v.

AMERICAS NEWS INTEL PUBLISHING, LLC,

    Defendant.

                                 /

No. C 09-5085 CRB

**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE**

    Defendant Americas News Intel Publishing, LLC's Request to Appear by Telephone at the hearing on its Motion to Dismiss scheduled for April 2, 2010 at 10:00 a.m. is DENIED.

    **IT IS SO ORDERED.**

Dated: March 23, 2010

                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE