IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAS NEWS INTEL PUBLISHING, LLC,<br><br>    Defendant._____/ | No. C 09-5085 CRB<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE** |

Defendant Americas News Intel Publishing, LLC's Request to Appear by Telephone at the hearing on its Motion to Dismiss scheduled for April 2, 2010 at 10:00 a.m. is DENIED.

**IT IS SO ORDERED.**

Dated: March 23, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5085\Order re Request to Appear Telephonically.wpd