1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  MATTHEW A. STRATTON (SBN 254080)
   mstratton@harveysiskind.com
3  HARVEY SISKIND LLP
4  Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Plaintiff Intel Corporation

8  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
9  CARR & FERRELL LLP
   2200 Geng Road
10 Palo Alto, California 94303
11 Telephone: (650) 812-3400
   Facsimile: (650) 812-3444
12
   *Of Counsel:*
13 RONALD D. COLEMAN (*admitted pro hac vice*)
   rcoleman@goetzfitz.com
14 GOETZ FITZPATRICK LLP
15 One Penn Plaza—Suite 4400
   New York, New York 10119
16 Telephone: (212) 695-8100

17 Attorneys for Defendant
   Americas News Intel Publishing, LLC
18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, | Case No. C 09-05085 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR CONDUCTING MEDIATION** |
| vs. | **[Civil Local Rule 7; ADR Local Rule 6-5]** |
| AMERICAS NEWS INTEL PUBLISHING, LLC, a Florida limited liability company, | |
| Defendant. | |

The parties, by and through their respective counsel, hereby agree and stipulate as follows pursuant to Civil Local Rule 7 and ADR Local Rule 6-5:

1. On May 3, 2010, the ADR Unit appointed Roderick M. Thompson as mediator for this matter. On May 14, 2010, the parties and Mr. Thompson participated in a pre-mediation telephone conference. During the conference, Mr. Thompson announced that he would be unavailable for mediation during June 3-18, 2010 due to preexisting commitments.

2. The deadline for the parties to have completed mediation is currently June 21, 2010, per the Court's ADR order.

3. Representatives for Intel Corporation are not available for mediation during June 21-July 2, 2010 due to preexisting commitments. Representatives from Americas News Intel Publishing, LLC are not available for mediation during July 5-9, 2010 due to preexisting commitments. However, the parties and Mr. Thompson are all available for, and have agreed to participate in, mediation on July 13, 2010.

4. Accordingly, the parties jointly request that the Court extend the deadline to complete mediation to July 15, 2010.

5. This stipulation will not affect the overall schedule of the case nor the Court's timing in setting the matter for trial. This is the first timing modification regarding mediation.

Respectfully submitted,

Dated: June 1, 2010

HARVEY SISKIND LLP

By: _____/s/_____

Matthew A. Stratton

Attorneys for Plaintiff
Intel Corporation

-1-

STIPULATION AND [PROPOSED] ORDER TO EXTEND
THE DEADLINE FOR CONDUCTING MEDIATION

Case No. C 09-05085 CRB

| | | |
|---|---|---|
| Dated: June 1, 2010 | | CARR & FERRELL LLP |
| | By: | /s/ |
| | | Colby B. Springer |

Attorneys for Defendant
Americas News Intel Publishing, LLC

I, Matthew A. Stratton, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has concurred in this filing.

/s/
Matthew A. Stratton

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION IS EXTENDED TO JULY 15, 2010.**

Dated: _____June 2__, 2010  _____
The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-