IAN K. BOYD (SBN 191434)
iboyd@harveysiskind.com
MATTHEW A. STRATTON (SBN 254080)
mstratton@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff Intel Corporation

COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

*Of Counsel:*
RONALD D. COLEMAN (*admitted pro hac vice*)
rcoleman@goetzfitz.com
GOETZ FITZPATRICK LLP
One Penn Plaza—Suite 4400
New York, New York 10119
Telephone: (212) 695-8100

Attorneys for Defendant
Americas News Intel Publishing, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, | Case No. C 09-05085 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR CONDUCTING MEDIATION** |
| vs. | **[Civil Local Rule 7; ADR Local Rule 6-5]** |
| AMERICAS NEWS INTEL PUBLISHING, LLC, a Florida limited liability company, | |
| Defendant. | |

The parties, by and through their respective counsel, hereby agree and stipulate as follows pursuant to Civil Local Rule 7 and ADR Local Rule 6-5:

1. On May 3, 2010, the ADR Unit appointed Roderick M. Thompson as mediator for this matter. On May 14, 2010, the parties and Mr. Thompson participated in a pre-mediation telephone conference. During the conference, Mr. Thompson announced that he would be unavailable for mediation during June 3-18, 2010 due to preexisting commitments.

2. The deadline for the parties to have completed mediation is currently June 21, 2010, per the Court's ADR order.

3. Representatives for Intel Corporation are not available for mediation during June 21-July 2, 2010 due to preexisting commitments. Representatives from Americas News Intel Publishing, LLC are not available for mediation during July 5-9, 2010 due to preexisting commitments. However, the parties and Mr. Thompson are all available for, and have agreed to participate in, mediation on July 13, 2010.

4. Accordingly, the parties jointly request that the Court extend the deadline to complete mediation to July 15, 2010.

5. This stipulation will not affect the overall schedule of the case nor the Court's timing in setting the matter for trial. This is the first timing modification regarding mediation.

Respectfully submitted,

Dated: June 1, 2010

HARVEY SISKIND LLP

By: ____/s/____

Matthew A. Stratton

Attorneys for Plaintiff
Intel Corporation

1  Dated: June 1, 2010                                    CARR & FERRELL LLP

2                                              By:            /s/
                                                    _____
3                                                        Colby B. Springer

4                                                   Attorneys for Defendant
                                                    Americas News Intel Publishing, LLC
5

6

7       I, Matthew A. Stratton, am the ECF User whose identification and password are being used to

8  file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has

9  concurred in this filing.

10                                                           /s/
                                                    _____
                                                         Matthew A. Stratton
11

12

13

14

15      **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE DEADLINE FOR**

16  **THE PARTIES TO COMPLETE MEDIATION IS EXTENDED TO JULY 15, 2010.**

17

18  Dated: _____June 3_ , 2010           _____
                                              The Honorable Charles R. Breyer
19                                            United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND                       Case No. C 09-05085 CRB
THE DEADLINE FOR CONDUCTING MEDIATION