UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| INTEL CORPORATION, | No. C 09-05085 CRB (LB) |
| Plaintiff, | |
| v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| AMERICAS NEWS INTEL PUBLISHING, LLC, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiff's Motion to Compel and Motion for Attorney's Fees, electronically filed on September 13, 2010, which are discovery matters, to United States Magistrate Judge Laurel Beeler.  The motions were noticed for October 22, 2010.

The Court **VACATES** the current hearing date and **DENIES** the pending discovery motions without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached).  Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**.  If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion.  After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further

///

C 09-05085 CRB (LB)
NOTICE OF REFERRAL AND ORDER

UNITED STATES DISTRICT COURT
For the Northern District of California

briefing or argument.

**IT IS SO ORDERED.**

Dated: September 15, 2010

_____
LAUREL BEELER
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28