1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  MATTHEW A. STRATTON (SBN 254080)
   mstratton@harveysiskind.com
3  HARVEY SISKIND LLP
4  Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
5  Telephone:   (415) 354-0100
   Facsimile:   (415) 391-7124
6
7  Attorneys for Plaintiff Intel Corporation

8
                **IN THE UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
                        **SAN FRANCISCO DIVISION**
11

12 INTEL CORPORATION, a Delaware            Case No. C 09-05085 CRB
   corporation,
13                                          **NOTICE OF DISMISSAL**
                Plaintiff,
14
           vs.
15
16 AMERICAS NEWS INTEL PUBLISHING,
   LLC, a Florida limited liability company,
17
                Defendant.
18

19
20
21
22
23
24
25
26
27
28
                                    -1-

-2-

1  In light of the deposition testimony from the principal of Defendant Americas News Intel
2  Publishing, LLC ("Defendant") regarding Defendant's lack of use of the trademarks and trade names
3  originally giving rise to this litigation, and Defendant's prior responses to Intel's written discovery
4  requests further evidencing no current use in commerce, Intel seeks to dismiss this litigation.  Intel
5  hereby requests that the Court dismiss this action with prejudice.

Respectfully submitted,

Dated: November 23, 2010

HARVEY SISKIND LLP

By: _____/s/_____

Ian K. Boyd

Attorneys for Plaintiff
Intel Corporation

**IT IS SO ORDERED.**

Dated: _November 29_____ , 2010

_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer