1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  MATTHEW A. STRATTON (SBN 254080)
   mstratton@harveysiskind.com
3  HARVEY SISKIND LLP
4  Four Embarcadero Center, 39th Floor
   San Francisco, CA  94111
5  Telephone:     (415) 354-0100
   Facsimile:      (415) 391-7124
6
7  Attorneys for Plaintiff Intel Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICAS NEWS INTEL PUBLISHING, LLC, a Florida limited liability company,<br><br>            Defendant. | Case No. C 09-05085 CRB<br><br>**NOTICE OF DISMISSAL** |

-1-

In light of the deposition testimony from the principal of Defendant Americas News Intel Publishing, LLC ("Defendant") regarding Defendant's lack of use of the trademarks and trade names originally giving rise to this litigation, and Defendant's prior responses to Intel's written discovery requests further evidencing no current use in commerce, Intel seeks to dismiss this litigation. Intel hereby requests that the Court dismiss this action with prejudice.

Respectfully submitted,

Dated: November 23, 2010

HARVEY SISKIND LLP

By: _____/s/_____

Ian K. Boyd

Attorneys for Plaintiff
Intel Corporation

**IT IS SO ORDERED.**

Dated: __November 29_____ , 2010

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer